IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JONATHAN RAWSHIELD HILL,

    Petitioner,

v.                                                                       4:19cv95–WS/EMT

MARK S. INCH,

    Respondent.

_____

## ORDER DENYING PETITIONER'S AMENDED PETITION FOR WRIT OF HABEAS CORPUS

Before the court is the magistrate judge's report and recommendation (ECF No. 24) docketed September 5, 2019. The magistrate judge recommends that Petitioner's amended petition for writ of habeas corpus be DENIED. Petitioner has filed objections (ECF No. 25) to the magistrate judge's report and recommendation, and those objections have been carefully reviewed by the undersigned.

Upon review of the record in light of Petitioner's objections, the court has determined that the magistrate judge's report and recommendation should be

adopted. Like the magistrate judge, the undersigned finds that Petitioner has failed to show that he is entitled to relief under 28 U.S.C. § 2254.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 24) is hereby ADOPTED and incorporated by reference into this order.

2. Petitioner's amended petition for writ of habeas corpus (ECF No. 13) is DENIED.

3. The clerk shall enter judgment stating: "Petitioner's amended petition for writ of habeas corpus is DENIED."

4. A certificate of appealability is DENIED.

5. Leave to proceed on appeal is DENIED.

DONE AND ORDERED this ___9th___ day of ___October___, 2019.

s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE.